AO 93 (Rev. 5/85) Search Warrant

# United States District Court

## FOR THE  SOUTHERN DISTRICT OF CALIFORNIA

**In the Matter of the Search of**
(Name, address or brief description of the person or property to be searched))

The residence located at:
151 Ely Street
Oceanside, California

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0153

TO: <u>Leslie Y. Gorman, Special Agent, EPA</u>                and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____<u>Special Agent Leslie Y. Gorman</u>_____ who has reason to
                                    Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)

See Attachment "A" (incorporated herein).

in the _____ <u>Southern</u> District of <u>California</u> _____ there is now
concealed a certain person or property, namely (describe the person or property)

See Attachment "B" (incorporated herein).

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____<u>1 - 26 - 08</u>_____
                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find~~
~~reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a
copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or
property seized and promptly return this warrant to _____<u>Nita L. Stormes</u>_____
as required by law.                                        U.S. Judge or Magistrate

_____<u>1-16-08</u>_____                at        <u>San Diego CA</u>
Date and Time Issued                        City and State

Nita L. Stormes, U.S. Magistrate Judge                        _____
Name and Title of Judicial Officer                        Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 01/16/08 | 01/17/08  9:00am | Catherine Grummer |
| INVENTORY MADE IN THE PRESENCE OF | | |
| Catherine Grummer | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

See attached forms, 16 pages

| CERTIFICATION |
|---|

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_Lesley J. German_

Subcribed, sworn to, and returned before me this date

_[signature]_                     1-18-08

U.S. Judge or Magistrate                     Date

## ATTACHMENT A

The Premises to be searched is the residence at 151 Ely Street in Oceanside, California.  This residence is located on Ely Street, which is a cul de sac to the north of Tonopah Street.  The residence at 151 Ely Street is a two story, cream-colored stucco house with a reddish orange tile roof located on the northwest side of Ely Street.

The house is clearly marked with the numbers "151" in black, four inch numerals on the stucco to the left side of the two-car garage.  See photo attached as Exhibit 1, hereto.  The front door to the house is located to the left of the two-car garage.

There is a fence bordering the rear of the property.  In the back yard of the residence there is a trampoline, some patio furniture and a small brown storage shed.  The shed is located on the north side of a concrete patio, adjacent to patio furniture.  See aerial  photographs of the residence, taken by the FBI, attached as Exhibit 2 hereto.

# EXHIBIT 1



# EXHIBIT 2



## ATTACHMENT B

This authorization includes the search of physical documents and includes electronic data to include deleted data, remnant data and slack space. The seizure and search of computers and computer media will be conducted in accordance with paragraph 59 of the affidavit submitted in support of this warrant. Evidence to be seized includes the following:

1.      Containers of CFC R-12 or other Class I ozone depleting chemicals.

2.      Containers of unregistered pesticides.

3.      Any commercial quantity of hazardous materials reasonably identifiable as being not for personal use.

4.      The following records for the period from April, 2005, through the present:

a.      all permanent and temporary files containing records relating to the purchase, sale, transfer, storage, inventory, distribution, and shipment of CFCs and unregistered pesticides, including DDT and chlordane;

b.      all permanent and temporary files containing purchase orders, packing lists, invoices, bills of lading, receipts, electronic mail, PayPal records, and other records related to the shipping of CFCs, including CFC-12, and unregistered pesticides, including DDT and chlordane;

c.      all permanent and temporary files containing correspondence, facsimiles, records of telephone conversations relating to the sale, and distribution of CFCs, including CFC-12, and unregistered pesticides, including DDT and chlordane;

d.      all permanent and temporary files containing records identifying the buyer, recipient, seller, shipper and/or broker of CFCs, and unregistered pesticides;

e.      all permanent and temporary files containing financial records, including ledgers, records of wire transfers, bank statements and cancelled checks, indicating the transfer of funds relating to purchases, sales and shipment of CFCs and unregistered pesticides;

f.      all permanent and temporary files containing telephone books, day planners, rolodexes, business cards and other documents identifying persons doing business with David Grummer;

g.      all permanent and temporary files containing copies of CAA Section 609 Certifications for purchasers of CFCs;

h.    all permanent and temporary files containing David Grummer's hazardous materials training records, including training records regarding the shipment of hazardous materials;

i.    all permanent and temporary files containing records related to the storage of CFCs and unregistered pesticides, including records of the date of accumulation of the hazardous materials;

j.    all permanent and temporary files containing records related to the transportation of hazardous materials by David Grummer;

k.    all permanent and temporary files containing records related to the purchase, sale, shipment, transportation, and storage of hazardous materials by David Grummer for commercial purposes;

l.    all permanent and temporary files containing records, notes, lists, memorandums, or other media showing user names, account names, passwords, personal identification numbers that are related to the access of electronically stored data;

m.    all permanent and temporary files containing records related to communications between David Grummer and/or Free Electronics Disposal, and Federal Express and other interstate commercial transporators, including invoices, billing statements, delivery records, shipping records, and records of payment;

n.    all permanent and temporary files containing records related to federal rules and regulations applicable to the shipment or transportation of hazardous materials, including brochures, pamphlets, industry publications, guidance letters, information printed from internet websites and training materials;

o.    all permanent and temporary files containing records indicating the method and means that David Grummer obtained the unregistered pesticides and CFCs, including intake records, electronic mail, correspondence, facsimiles, records of telephone conversations and records of accumulated storage time;

p.    all permanent and temporary files containing hazardous waste manifests and other records of the transportation, storage and disposal of hazardous waste by David Grummer;

q.    all permanent and temporary files containing records of offers to sell and distribute for sale CFCs and unregistered pesticides over the internet, including but not limited to eBay, Agriseek and other postings, and records of payment for such transactions, including but not limited to PayPal records and records of wire transactions;

2

h.     all permanent and temporary files containing David Grummer's hazardous materials training records, including training records regarding the shipment of hazardous materials;

I.     all permanent and temporary files containing records related to the storage of CFCs and unregistered pesticides, including records of the date of accumulation of the hazardous materials;

j.     all permanent and temporary files containing records related to the transportation of hazardous materials by David Grummer;

k.     all permanent and temporary files containing records related to the purchase, sale, shipment, transportation, and storage of hazardous materials by David Grummer for commercial purposes;

l.     all permanent and temporary files containing records, notes, lists, memorandums, or other media showing user names, account names, passwords, personal identification numbers that are related to the access of electronically stored data;

m.     all permanent and temporary files containing records related to communications between David Grummer and/or Free Electronics Disposal, and Federal Express and other interstate commercial transporators, including invoices, billing statements, delivery records, shipping records, and records of payment;

n.     all permanent and temporary files containing records related to federal rules and regulations applicable to the shipment or transportation of hazardous materials, including brochures, pamphlets, industry publications, guidance letters, information printed from internet websites and training materials;

o.     all permanent and temporary files containing records indicating the method and means that David Grummer obtained the unregistered pesticides and CFCs, including intake records, electronic mail, correspondence, facsimiles, records of telephone conversations and records of accumulated storage time;

p.     all permanent and temporary files containing hazardous waste manifests and other records of the transportation, storage and disposal of hazardous waste by David Grummer;

q.     all permanent and temporary files containing records of offers to sell and distribute for sale CFCs and unregistered pesticides over the internet, including but not limited to eBay, Agriseek and other postings, and records of payment for such transactions, including but not limited to PayPal records and records of wire transactions;

2

FD-597 (Rev 8-11-94)

Page 1 of 12

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File #  249-SD-69526

On (date)  1/17/08

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)  David H. Grummer Br

(Street Address)  131 Ely St

(City)  Oceanside

Description of Item(s):  Room D (Electronic media)     Item 117
- 1 unlabeled green floppy (from briefcase)
- Items from desk:
  ○ thumb drive (Kingston)
  ○ two floppy disks
  ○ numerous CDs.

Received By:  _B Bowl_  (Signature)     Received From:  _Catherine J Grummer_  (Signature)

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 249-SD-69526

On (date) 1/17/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) David Grummer

(Street Address) 151 Ely Oceanside

(City) _____

Description of Item(s): Room H (Master bedroom) Item 113
- Items from folder labeled "▓▓▓▓▓▓▓ Things" (found under bed)
- Clean Harbor paystubs
- Business cards
- Statments of gambling winnings    } On window ledge
- Pickup schedule with numbers

1-17-08

Received By: B Smith (Signature)    Received From: Catherine Grummer (Signature)

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 249 SD 69526

On (date) 1/17/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) DAVID Grummer

(Street Address) 151 Ely, Street

(City) Oceanside, CA

Description of Item(s): 4 page lease agreement between Hubert and Yvonne Grummer (landlords) and David Grummer, found in brown box on top shelf in garage. Item 45 Room F

Received By: _B Sala_ (Signature)   Received From: _Catherine J Grummer_ (Signature)

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 249-SD-69526

On (date) 1/17/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) David Grummer

(Street Address) 151 Ely St

(City) Oceanside, CA

Description of Item(s): Room I (Closet in master bedroom)
Items found in bottom of box on closet floor containing
men's socks, underwear, and miscellaneous documents
— Floppy disk (unlabeled)                    Item 114
— Lexar memory stick.

Received By: B Nots (Signature)    Received From: Catherine J Grummer (Signature)

FD-597 (Rev 8-11-94)

Page 3 of 12

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _249-SD-69526_

On (date) _1/17/08_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _David Grummer_

(Street Address) _151 Ely St_

(City) _Oceanside, CA._

Description of Item(s): _1 floppy disk (unlabeled) — Room M._
_Item 116_

Received By: _B____ (Signature)    Received From: _Catherine V Grummer_ (Signature)

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _249-SD-69526_

On (date) _1/17/08_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _David Grummer_

(Street Address) _151 Ely Street_

(City) _Oceanside, CA_

Description of Item(s): _Room I (Closet in master bedroom)_
_Items found in bottom of box on closet floor_
_containing mens socks, underwear, and miscellaneous_
_documents. (Found on right side under mens' clothes)_
_- Clean Harbors paystubs_
_- Business cards_                                    _Item 115_
_- Deposit slips_
_- pages with contact numbers, codes_
_- documents re delivery pick up of hazardous materials_

_1-17-08_

Received By: _B Marks_ _____  Received From: _Catherine J Grummer_ _____
         (Signature)                                      (Signature)

FD-597 (Rev 8-11-94)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # _249-SD-69526_

On (date) _1/17/2008_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _David Grummer_

(Street Address) _151 Ely St._

(City) _Oceanside, CA_

Item 118

Description of Item(s): _Room D - Desk_

- FREE ELECTRONIC DISPOSAL SERVICE Check Stubs, Check register, deposit slips. City of Oceanside business license (all contained in green briefcase
- Title 14 printout
- CA Electronic Waste Recycling Act
- Paypal Statement dated 1/25/2008 (due date)
- CA Dept of Toxic Substance Handler Certification
- 1 envelope containing numerous customer surveys for Clean Harbors
- 1 yellow scrap paper, with handwritten dates/dollar amounts
- 1 CA Integrated waste mgmt board license for free electronics disposal svc.
- 2 white binders, "Poway CRT collections log blogs 2005" containing forms
- 5 FEDEX shipping receipts
- Bank of America receipt dated 11/30/2007 acct # ending in 0032
- 1 TSA envelope containing 2 letters dated 12/2/05 re renewing HME.
- 1 Clean Harbors envelope containing certificate of completion for training for D. Grummer and other company correspondence.

Received By: _B Mills_ (Signature)    Received From: _Catherine Grummer_ (Signature)

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _24 9 SD C9526_

On (date) _01/17/2008_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☑ Seized

(Name) _David Grummer_

(Street Address) _151 Ely St._

(City) _Oceanside, CA_

Description of Item(s): _Financial documents, sales invoices, business records found in white UPS Mail box, found on top shelf in garage._          _Item 35_

Received By: _B Bob_
(Signature)

Received From: _Catherine Grummer_
(Signature)

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 249-50-69526

On (date) 1-17-2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) DAVID GRUMMER

(Street Address) 151 ELY ST.

(City) Oceanside, CA

Description of Item(s): _____

SEE Attached DEA on-site inventory
of items From Garage, Patio, and
storage locker agents freme.                    Item 117 (w)

Received By: _____     Received From: Catherine V. Grummer
            (Signature)                                      (Signature)

151 ELY ST - 05-92054

GARAGE

Chlordane 8 - ortho - 5-g - 72% chlordane
Orthothane spray conc. Chlordane 25% # 1qt - ½ Full
Chapman Gilbert Anterm - 72% Chlordane  8oz - ½ full

genetron 12 - 30 lb - (2)            Remax Cool R12 - 15 oz
                                     IGLOO DUPONT R12 - 14 oz
Kaiser 12    30 lb - (1), (~~12 50 lb~~)
Kaiser 12    50 lb
Gold Seal R12 - 30 lb (1)            Changette R12 - 14 oz -
Racon 12    -  15 lb (1)             Cold Shot R12 - 14 oz (2)
Neitron 134a - 12 oz (1)            Sercon R12  - 12 oz (4)
UREKOOL R 12 - 14 oz (1)            Sercon R 12  - 14 oz (4)
~~~~-0-Gas - R22 - 16 oz (1)         ¼ full } S
~~arcon~~ Titan Oil charge - R12 - ~~4oz~~   Interdynamics inc.
                                     R-12 - do it yourself
                                            12 oz

SIDE OF House

FORANE - HCFC Blend - 30 lb (1) - full
ISCEON 22  R22 - 30 lb (2) - partial full
RACON 11       - 30 lb
POLYCEL ONE     30 lb
IT Enterprise R12   30 lb
RACON 12        30 lb

BACKYARD ON TABLE

Velsicol Chlordane 4EC, 45% — 1 qt /
Black Leaf 45%                    1/2 g /
Dexol        73%                  1 g /
Dexol        73%                  1 pt /
GLC          72%                  1 g /
Bug Shot     50%                  16 oz /
Ortho spray  74%                  1 pt /
Ortho        74%
unlabeled (torn) — Bug Shot — 50%    1 qt /

Shed                    Chlordane

ORTHO — ORTHO-KLOR 74  CHLORDANE SPRAY — PINT
      PINTS — (9)      QTS — (5)           GAL

   ORTHO-KLOR 44 —
       8 oz (1)      QT —(1)      1/2 GAL (4)
   ORTHO KLOR 72 — (1) QT

DEXOL  73% CHLORDANE SPRAY
     8 oz (2)    PT (5)    QT (2)
        45% CHLORDANE SPRAY — 64 oz (1)

   ALCO CHEMICAL — CHLORDANE 73 — 1 G (1)

BLACK LEAF — 45%    QT (1)   1/2 G (2)
              72%    QT (3)

VELSICOL  45%    QT (2)

SCIENCE  72%    QT (1)

SHED
CTD

MR. PEST CONTROL    45%    ½ G   (2)

GERMAINS   74%      QT   (1)

ANGEL CITY  50%     8 oz  (1)

BEAVER     72%      8 oz  (1)

CARAC      72%      PT   (1)

ANTERM     72%      8 oz  (1)

SEARS      72%      PT   (1)

ALCO       73%      QT   (1)

UNLABELED  ONE GALLON  w/ TRACE

COOKE      74%      8 oz (1)   GAL (1)
           50%         QT (2)
           50% WETTABLE POWDER - 1 lb

DDT

2½ g. bucket w/ white powder, ½ full

ORTHO.  50% SOLID WETTABLE POWDER - 1 lb
        DDT 25 SPRAY - 1 pt, 1 qt

| COOKE - 30% - 1 pt. | BLACK FLAG - 5% 1 qt |
| END-O-PEST - 25% - 1 pt | ACME 5% DUST - 1 lb |
| VIGORO 25% - 1 qt | DEENATE - wettable powder - 50% - 2lb DUPONT |

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 249-SD-69526

On (date) 1/17/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) David Grummer

(Street Address) 131 Ely St

(City) Oceanside, CA

Description of Item(s): From garage (Room F)   Item 120

① Hanging file folder containing paystubs,
+ retirement plan information, deposit slip
(found in metal file cabinet in front corner
of garage)

② Tax Return copy 2006

Received By: B Bots (Signature)   Received From: Catherine Grummer (Signature)

FD-597 (Rev 8-11-94)

Page ___ of ___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 249-SD-69526

On (date) 1/17/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) David Grummer 151 Ely St

(Street Address)

(City) Oceanside, cA

Description of Item(s): Room F (Garage)          Item 119
1 External Hard Drive (320 GB)

Received By: _B. Burbs_ (Signature)     Received From: _Catherine J Grummer_ (Signature)

Page 12 of 12

ED-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 249-SD-69526

On (date) 1/17/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name) David Grummer

(Street Address) 151 Ely St.

(City) Oceanside, CA

Description of Item(s):   (1) One computer forensic image of   Item 121
Computer in den.

(1) One computer forensic image of
computer in Master Bedroom.

(2) Two computer forensic images (one each)
of drives in computer in Room M - Gateway PC. *
(Retained by USEPA)

* Physically Taken for laboratory
imaging  Serial # Y6O2Y27E
Serial # 4ND3SAZA

1-17-08

Received By: _____
(Signature)

Received From: _____
(Signature)

FD-597 (Rev 8-11-94)                                                      Page _1_ of _1_

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 249-50-69526

On (date) 1-17-2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) David Grumman

(Street Address) 151 Ely St

(City) Oceanside, CA

Description of Item(s):

E 34    Vermiculite

Received By: _____    Received From: _____
            (Signature)                                  (Signature)